IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00575-GPG

RAY NUNN,

    Applicant,

v.

MICHAEL MILLER, Warden, and
RICK RAEMISCH, Executive Director, Colorado Department of Corrections,

    Respondents.

---

ORDER GRANTING LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

---

Applicant has filed an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, along with a certified copy of his inmate account statement, which show a negative balance in his account. (ECF No. 1 and 1-1). Although Applicant has not filed a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action, the certified account statement indicates that he should be granted leave to proceed *in forma pauperis*. Accordingly, it is

ORDERED that Applicant is GRANTED leave to proceed in this action pursuant to 28 U.S.C. § 1915.

DATED March 10, 2016, at Denver, Colorado.

                                                  BY THE COURT:

                                                s/Gordon P. Gallagher
                                                United States Magistrate Judge